Scott M. Plamondon, State Bar No. 212294
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant
Walgreen Co.



3/28/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA SOLIS, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>WALGREEN CO., an Illinois corporation,<br><br>          Defendants. | Case No.  CV11-00605 **JW (HRL)**<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of California, Defendant Walgreen Co. and Plaintiff Belinda Solis by and through their respective counsels of record, hereby stipulate and agree as follows:

1. On February 17, 2011 Defendant was served with a complaint alleging claims of Unlawful Discrimination Based on Physical Disability in Violation of FEHA – Govt. Code §12940, et seq., Failure to Reasonably Accommodate Physical Disability in Violation of FEHA – Govt. Code §12940, et seq., Failure to Engage in The Interactive Process in Violation of FEHA – Govt. Code §12940, et seq., Retaliation in Violation of FEHA – Govt. Code §12940, et seq., Failure to Prevent Discrimination - Govt. Code §12940, et seq., Wrongful Termination in Violation of Public Policy, and Violation of Labor Code §970, et seq (the "Complaint").

2. On February 23, 2011 counsel of record for Defendant and Plaintiff agreed to a thirty (30) day extension of time for Defendant to file a responsive pleading in response to the Complaint.

3. Defendant will file a responsive pleading in response to the Complaint on or before April 8, 2011.

4. This Stipulation to Extend Time to File Responsive Pleading will not alter the date of any event or any deadline fixed by this Court as no such date of any event or deadline has been fixed by this Court.

Dated: February 24, 2011        Respectfully submitted,

**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation

By: /s/ Scott M. Plamondon
Scott M. Plamondon
California State Bar No. 212294
Attorneys for Defendant Walgreen Co.

Dated: February 24, 2011        By: /s/ Michael J. Bononi
Michael J. Bononi
California State Bar No. 130663
Attorneys for Plaintiff Belinda Solis

{1290902.DOC;}         2         Stip. to Extend Time to File Responsive Pleading
                                 CV11-00605 HRL