Scott M. Plamondon, State Bar No. 212294
**weintraub** genshlea chediak
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant
Walgreen Co.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA SOLIS, an individual, | Case No.  5:11-cv-00605 JW HRL |
| Plaintiff, | STIPULATION AND PROPOSED ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | |
| WALGREEN CO., an Illinois corporation, | Date:  May 16, 2011 |
| Defendant. | |

WHEREAS Defendant's counsel is unavailable from May 7, 2011 through May 17, 2011 due to a vacation scheduled before this case was filed;

WHEREAS the Case Management Conference in this case currently is scheduled to take place on May 16, 2011;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record that, in order to accommodate the conflict with Defendant's Counsel's schedule, the Case Management Conference should be advanced to May 3, 2011, or such other date as may be set by the Court.

Dated:  April 6, 2011

                                         **WEINTRAUB GENSHLEA CHEDIAK**
                                         Law Corporation

                                         By:    /s/ Scott M. Plamondon
                                              Scott M. Plamondon
                                              California State Bar No. 212294
                                              Attorneys for Defendant Walgreen Co.

BONONI LAW GROUP LLP

By:     /s/ Anne Kelson
Anne Kelson
California State Bar No. 257851
Attorneys for Plaintiff Belinda Solis

[~~PROPOSED~~] ORDER

Based on the Stipulation between the Parties, and due to the circumstances described in the Parties' Stipulation, the Court hereby enters the following Order:

IT IS SO ORDERED that the Case Management Conference in this matter shall be continued June 20, 2011 at 10:00 AM. The parties shall file a joint case management conference statement by June 10, 2011.

DATED: April 8, 2011.

_____
Hon. James Ware
United States District Judge