IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA SOLIS, | NO. 5:11-cv-00605-EJD |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WALGREEN CO., | |
| Defendant(s). | |

On April 29, 2011 this matter was transferred to this Court for all purposes. Pursuant to the April 29 Reassignment Order of this Court, the parties failed to confer and submitted a Joint Case Management Statement (See Docket Item No. 18). It appears that a Case Management Conference would be beneficial. The Court sets a Case Management Conference on **December 2, 2011 at 10:00 AM.** On or before **November 22, 2011,** the parties shall file a joint case management conference statement that updates the Court on how this case should proceed.

**IT IS SO ORDERED.**

Dated: August 24, 2011

EDWARD J. DAVILA
United States District Judge