1  BONONI LAW GROUP, LLP
   Michael J. Bononi (State Bar No. 130663)
2  Christy W. Granieri (State Bar No. 266392)
   915 Wilshire Blvd., Suite 1950
3  Los Angeles, California 90017
   Telephone:  (213) 553-9200
4  Facsimile:   (213) 553-9215
   mbononi@bononilawgroup.com
5  cgranieri@bononilawgroup.com

6  Attorneys for Plaintiff
   Belinda Solis
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 BELINDA SOLIS, an individual        ) Case No. CV11-00605 EJD
                                       )
12         Plaintiff,                  ) **JOINT STIPULATION AND**
                                       ) [PROPOSED] **ORDER FOR**
13    vs.                              ) **LEAVE TO TAKE THE**
                                       ) **DEPOSITION OF RONDA**
14 WALGREEN CO., an Illinois corporation) **DiMARZO, FOR PLAINTIFF'S**
                                       ) **RETAINED EXPERT TO FILE A**
15         Defendant.                  ) **SUPPLEMENTAL RULE 26**
                                       ) **REPORT, TO TAKE THE**
16                                     ) **DEPOSITION OF CRAIG ENOS,**
                                       ) **CPA, TO TAKE THE**
17                                     ) **DEPOSITION OF DR. AARON**
                                       ) **BUTCHER, P.A., TO TAKE THE**
18                                     ) **DEPOSITION OF DR. DANIEL**
                                       ) **OFFRET, P.A.**
19                                     )
                                       )
20                                     ) Complaint Filed:   February 9, 2011
                                       ) Fact Discovery Cutoff:  July 27, 2012
21 _____   ) Trial Date:             None Set

22

23

24 **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**

25 **RECORD:**

26      **IT IS STIPULATED AND AGREED** by Plaintiff Belinda Solis ("Ms.

27 Solis") and Defendant Walgreen Co., ("Walgreens") (collectively referred to as the

28 "Parties"), by and through their respective attorneys of record, as follows:

---

JOINT STIPULATION AND [PROPOSED] ORDER

BONONI LAW GROUP, LLP

1  WHEREAS, this matter originally was filed by Ms. Solis in the United
2  States District Court for the Northern District of California on February 9, 2011.
3  WHEREAS, in the Court's Case Management Order of November 29, 2011,
4  this Court set a Fact Discovery Cutoff of July 27, 2012.
5  WHEREAS, in the Court's Case Management Order of November 29, 2011,
6  this Court set a Designation of Opening Experts with Reports on August 3, 2012.
7  WHEREAS, in the Court's Case Management Order of November 29, 2011,
8  this Court set a Designation of Rebuttal Experts with Reports on September 7,
9  2012.
10 WHEREAS, in the Court's Case Management Order of November 29, 2011,
11 this Court set an Expert Discovery Cutoff of September 10, 2012, the next
12 business day after rebuttal reports are due.
13 WHEREAS, this case is set for a Preliminary Pretrial Conference on
14 October 15, 2012.
15 WHEREAS, this case has not been assigned a trial date.
16 WHEREAS, Walgreens has recently learned and supplemented its responses
17 to Requests for Admissions to disclose to Plaintiff that Walgreen employee Ronda
18 DiMarzo was rehired on June 3, 2010 after she returned from a medical leave.
19 Walgreen had previously disclosed only that Ronda DiMarzo was rehired.
20 WHEREAS, based on this newly discovered information, Ms. Solis did not
21 have sufficient time to take Ms. DiMarzo's deposition prior to the Fact Discovery
22 Cutoff.  Had Ms. Solis known the information regarding Ms. DiMarzo's being
23 rehired following a medical leave sooner, Ms. Solis would have noticed Ms.
24 DiMarzo's deposition.
25 WHEREAS, Ms. Solis recently began new employment with Smith's Food
26 and Drug on or around August 23, 2012.  Ms. Solis' retained expert regarding her
27 economic loss and wage loss damages, Craig Enos ("Enos"), CPA, prepared a
28 Rule 26 report, which was timely served as part of Ms. Solis' Expert Witness

1  Disclosures. Mr. Enos' Rule 26 report did not take into consideration Ms. Solis'
2  new employment, as she did not have the position when he drafted his report. Mr.
3  Enos needs to supplement his initial Rule 26 report to address the incorrect and
4  incomplete information regarding Ms. Solis' future economic and wage losses and
5  account for her new position at Smith's.
6      WHEREAS, it would be a waste of time and costs for Mr. Enos to be
7  deposed prior to him preparing a supplemental Rule 26 report to correct the
8  incorrect and incomplete information already known to be contained in his
9  original Rule 26 report.
10     WHEREAS, Ms. Solis' current treating doctors - Dr. Aaron Butcher, P.A.
11 and Dr. Daniel Offret, P.A. are located in Salt Lake City, UT. Despite diligent
12 efforts, due to unavoidable scheduling conflicts, the parties have been unable to
13 schedule their depositions prior to the Court's Expert Discovery Cutoff deadline.
14     **NOW THEREFORE, IT IS HEREBY STIPULATED** by and between
15 the Parties, by and through their attorneys of record, that:
16     1.   Ms. Solis shall be permitted to take Ronda DiMarzo's deposition
17 pursuant to Federal Rules of Civil Procedure, Rule 30. Ms. DiMarzo's deposition
18 shall be completed on or before October 19, 2012.
19     2.   Mr. Enos shall be permitted to file a Supplemental Rule 26 report.
20 Mr. Enos' report will be served on Walgreens on or before November 1, 2012.
21     3.   Walgreens will be permitted to take the deposition of Craig Enos on
22 or before November 30, 2012.
23     4.   Without prejudice to Walgreens' right to designate any rebuttal
24 experts in response to Plaintiff's Rule 26 expert disclosure by the original due date
25 of September 7, 2012, Walgreens will also be permitted to designate a rebuttal
26 expert with a Rule 26 report only as to those issues and opinion raised by Mr.
27 Enos' original and supplemental reports on or before November 30, 2012.
28     5.   Walgreens shall be permitted to take the deposition of Dr. Aaron

1  Butcher, P.A. Dr. Butcher's deposition shall be completed on or before October
2  19, 2012.
3      6.   Walgreens shall be permitted to take the deposition of Dr. Daniel
4  Offret, P.A. Dr. Offret's deposition shall be completed on or before October 19,
5  2012.
6      7.   The dates previously set by the Court are only continued to complete
7  the discovery requested in this Stipulation and for no other purpose.
8      Based on the foregoing, the Parties respectfully request this Court enter an
9  Order consistent with this Stipulation.

Dated: August 31, 2012

BONONI LAW GROUP, LLP

By: _____
Michael J. Bononi
Christy W. Granieri
Attorneys for Plaintiff
Belinda Solis

Dated: August 31, 2012

WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN

By: _____
Scott M. Plamondon
Shauna Correia
Attorneys for Defendant Walgreen Co.

IT IS SO ORDERED

Date: September 14, 2012

_____
Judge of the Northern District of California

JOINT STIPULATION AND [PROPOSED] ORDER

BONONI LAW GROUP, LLP