BONONI LAW GROUP, LLP
Michael J. Bononi (State Bar No. 130663)
Christy W. Granieri (State Bar No. 266392)
915 Wilshire Blvd., Suite 1950
Los Angeles, California 90017
Telephone: (213) 553-9200
Facsimile: (213) 553-9215
mbononi@bononilawgroup.com
cgranieri@bononilawgroup.com

Attorneys for Plaintiff
Belinda Solis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA SOLIS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> WALGREEN CO., an Illinois corporation <br><br> Defendant. | Case No. CV11-00605 EJD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO TAKE THE DEPOSITION OF RONDA DiMARZO, FOR PLAINTIFF'S RETAINED EXPERT TO FILE A SUPPLEMENTAL RULE 26 REPORT, TO TAKE THE DEPOSITION OF CRAIG ENOS, CPA, TO TAKE THE DEPOSITION OF DR. AARON BUTCHER, P.A., TO TAKE THE DEPOSITION OF DR. DANIEL OFFRET, P.A.** <br><br> Complaint Filed: February 9, 2011 <br> Fact Discovery Cutoff: July 27, 2012 <br> Trial Date: None Set |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**IT IS STIPULATED AND AGREED** by Plaintiff Belinda Solis ("Ms. Solis") and Defendant Walgreen Co., ("Walgreens") (collectively referred to as the "Parties"), by and through their respective attorneys of record, as follows:

1   WHEREAS, this matter originally was filed by Ms. Solis in the United
2 States District Court for the Northern District of California on February 9, 2011.
3   WHEREAS, in the Court's Case Management Order of November 29, 2011,
4 this Court set a Fact Discovery Cutoff of July 27, 2012.
5   WHEREAS, in the Court's Case Management Order of November 29, 2011,
6 this Court set a Designation of Opening Experts with Reports on August 3, 2012.
7   WHEREAS, in the Court's Case Management Order of November 29, 2011,
8 this Court set a Designation of Rebuttal Experts with Reports on September 7,
9 2012.
10   WHEREAS, in the Court's Case Management Order of November 29, 2011,
11 this Court set an Expert Discovery Cutoff of September 10, 2012, the next
12 business day after rebuttal reports are due.
13   WHEREAS, this case is set for a Preliminary Pretrial Conference on
14 October 15, 2012.
15   WHEREAS, this case has not been assigned a trial date.
16   WHEREAS, Walgreens has recently learned and supplemented its responses
17 to Requests for Admissions to disclose to Plaintiff that Walgreen employee Ronda
18 DiMarzo was rehired on June 3, 2010 after she returned from a medical leave.
19 Walgreen had previously disclosed only that Ronda DiMarzo was rehired.
20   WHEREAS, based on this newly discovered information, Ms. Solis did not
21 have sufficient time to take Ms. DiMarzo's deposition prior to the Fact Discovery
22 Cutoff.  Had Ms. Solis known the information regarding Ms. DiMarzo's being
23 rehired following a medical leave sooner, Ms. Solis would have noticed Ms.
24 DiMarzo's deposition.
25   WHEREAS, Ms. Solis recently began new employment with Smith's Food
26 and Drug on or around August 23, 2012.  Ms. Solis' retained expert regarding her
27 economic loss and wage loss damages, Craig Enos ("Enos"), CPA, prepared a
28 Rule 26 report, which was timely served as part of Ms. Solis' Expert Witness

1  Disclosures. Mr. Enos' Rule 26 report did not take into consideration Ms. Solis'
2  new employment, as she did not have the position when he drafted his report. Mr.
3  Enos needs to supplement his initial Rule 26 report to address the incorrect and
4  incomplete information regarding Ms. Solis' future economic and wage losses and
5  account for her new position at Smith's.
6      WHEREAS, it would be a waste of time and costs for Mr. Enos to be
7  deposed prior to him preparing a supplemental Rule 26 report to correct the
8  incorrect and incomplete information already known to be contained in his
9  original Rule 26 report.
10      WHEREAS, Ms. Solis' current treating doctors - Dr. Aaron Butcher, P.A.
11  and Dr. Daniel Offret, P.A. are located in Salt Lake City, UT. Despite diligent
12  efforts, due to unavoidable scheduling conflicts, the parties have been unable to
13  schedule their depositions prior to the Court's Expert Discovery Cutoff deadline.
14      **NOW THEREFORE, IT IS HEREBY STIPULATED** by and between
15  the Parties, by and through their attorneys of record, that:
16      1.    Ms. Solis shall be permitted to take Ronda DiMarzo's deposition
17  pursuant to Federal Rules of Civil Procedure, Rule 30. Ms. DiMarzo's deposition
18  shall be completed on or before October 19, 2012.
19      2.    Mr. Enos shall be permitted to file a Supplemental Rule 26 report.
20  Mr. Enos' report will be served on Walgreens on or before November 1, 2012.
21      3.    Walgreens will be permitted to take the deposition of Craig Enos on
22  or before November 30, 2012.
23      4.    Without prejudice to Walgreens' right to designate any rebuttal
24  experts in response to Plaintiff's Rule 26 expert disclosure by the original due date
25  of September 7, 2012, Walgreens will also be permitted to designate a rebuttal
26  expert with a Rule 26 report only as to those issues and opinion raised by Mr.
27  Enos' original and supplemental reports on or before November 30, 2012.
28      5.    Walgreens shall be permitted to take the deposition of Dr. Aaron

1  Butcher, P.A. Dr. Butcher's deposition shall be completed on or before October
2  19, 2012.
3      6.   Walgreens shall be permitted to take the deposition of Dr. Daniel
4  Offret, P.A. Dr. Offret's deposition shall be completed on or before October 19,
5  2012.
6      7.   The dates previously set by the Court are only continued to complete
7  the discovery requested in this Stipulation and for no other purpose.
8      Based on the foregoing, the Parties respectfully request this Court enter an
9  Order consistent with this Stipulation.

12  Dated: August 31, 2012              BONONI LAW GROUP, LLP

14                              By: _____
                                    Michael J. Bononi
15                                  Christy W. Granieri
                                    Attorneys for Plaintiff
16                                  Belinda Solis

18  Dated: August 31, 2012              WEINTRAUB TOBIN CHEDIAK
                                        COLEMAN GRODIN
20                              By: _____
                                    Scott M. Plamondon
21                                  Shauna Correia
                                    Attorneys for Defendant Walgreen
22                                  Co.

23
24  IT IS SO ORDERED

25  Date: September 14, 2012
26                                  _____
                                    Judge of the Northern District of
                                    California

---

JOINT STIPULATION AND [PROPOSED] ORDER

BONONI LAW GROUP, LLP