**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BELINDA SOLIS, | CASE NO. 5:11-cv-00605 EJD |
|---|---|
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| WALGREEN CO., | |
| Defendant(s). | |

Due to the court's unavailability, the Preliminary Pretrial Conference currently scheduled for November 2, 2012, has been CONTINUED to **November 9, 2012, at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: October 31, 2012

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-00605 EJD
ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE