**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAN JOSE DIVISION

10   BELINDA SOLIS,                           CASE NO. 5:11-cv-00605 EJD

11                                            **ORDER REFERRING CASE TO**
                  Plaintiff(s),              **MAGISTRATE JUDGE SETTLEMENT**
12        v.                                 **CONFERENCE**

13   WALGREEN CO.,

14
                  Defendant(s).
15   _____/

16        Good cause appearing therefor and pursuant to ADR Local Rule 7-2, this case is referred to

17   Magistrate Judge Howard R. Lloyd for a settlement conference to occur no later than January 18,

18   2013.  The parties are instructed to contact Judge Lloyd's Courtroom Deputy to arrange a date for

19   the conference.

20   **IT IS SO ORDERED.**

21

22   Dated:  November 9, 2012

23                                            EDWARD J. DAVILA
                                              United States District Judge
24

25

26

27

28
                                              1
     CASE NO. 5:11-cv-00605 EJD
     ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE